IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADAM SALERNO,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>W.A. IMPORTS, INC.<br><br>　　　　Defendants. | Case No. 1:23-cv-02263<br><br>Honorable John F. Kness |

**SCHEDULING ORDER UNDER RULE 16(b)**

The Court has reviewed the parties' **Joint Initial Status Report**, which contains a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

The parties are reminded that the pendency of a dispositive motion, such as a motion to dismiss, does not automatically cause discovery to be stayed.

| Event | Deadline |
|---|---|
| Mandatory Initial Discovery Responses | August 28, 2023 |
| Amendment to the pleadings | October 27, 2023 |
| Service of process on any "John Does" | No "John Does" have been named in this case |
| Completion of Fact Discovery | February 26, 2024 |
| Disclosure of Plaintiff's Expert Report(s) | March 26, 2024 |
| Deposition of Plaintiff's Expert | April 26, 2024 |

2

| | |
|---|---|
| Disclosure of Defendant's Expert Report(s) | May 27, 2024 |
| Deposition of Defendant's Expert | June 25, 2024 |
| Dispositive Motions | August 13, 2024 |

SO ORDERED.

Date: **June 16, 2023**

_____
JOHN F. KNESS
United States District Judge